JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:   541-419-0074
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNI DEE HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>    Defendant, | Case No. 2:14-cv-02142-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 14 days to March 5, 2015, for filing of Plaintiff's Motion for Summary Judgment, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that she is in the process of resolving.

**Hernandez v. Colvin**                                                                    Stipulation and Proposed Order
**E.D. Cal. 2:14-cv-02142-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                Respectfully submitted,

Date:  February 16, 2015        JACQUELINE A. FORSLUND
                                          Attorney at Law

                                          */s/Jacqueline A. Forslund*
                                          JACQUELINE A. FORSLUND

                                          Attorney for Plaintiff

Date:  February 18, 2015        BENJAMIN J. WAGNER
                                          United States Attorney
                                          DONNA L. CALVERT
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                                          */s/ Francesco Paulo Benadvides*
                                          FRANCESCO PAULO BENAVIDES
                                          Special Assistant United States Attorney
                                          *By email authorization

                                          Attorney for Defendant

                                          <u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  February 19, 2015                      _____
                                          CAROLYN K. DELANEY
                                          UNITED STATES MAGISTRATE JUDGE