JACQUELINE A. FORSLUND
Attorney at Law
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707

Telephone:	541-419-0074
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNI DEE HERNANDEZ,<br><br>　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Comm'r of Social Security,<br><br>　　　Defendant, | Case No. 2:14-cv-02142-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE REPLY** |

　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to May 18, 2015, for filing of Plaintiff's Reply, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension for her Reply.  This extension is requested because Plaintiff's counsel is experiencing a backlog in her workload that she is in the process of resolving.

**Hernandez v. Colvin**　　　　　　　　　　　　　　　　　　　　　　**Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-02142-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                    Respectfully submitted,

Date:  April 15, 2015          JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  April 16, 2015          BENJAMIN J. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Francesco Paulo Benadvides*
FRANCESCO PAULO BENAVIDES
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

                  <u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  April 17, 2015         _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Hernandez v. Colvin**         **Stipulation and Proposed Order**
**E.D. Cal. 2:14-cv-02142-CKD**